**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2342**

In re:  VAN WILLIAM SAVAGE, II,

Petitioner.

On Petition for Writ of Mandamus.
(1:13-cr-00484-CCE-1; 1:16-cv-00622-CCE-LPA)

Submitted:  April 12, 2018                                Decided:  April 27, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Van William Savage, II, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Van William Savage, II, petitions for a writ of mandamus, alleging the magistrate judge has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the magistrate judge to act. Our review of the district court's docket reveals that the magistrate judge recently issued a recommendation that Savage's § 2255 motion be denied. Accordingly, because the magistrate judge has acted in Savage's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*